JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH IVEY,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br>Defendants. | Case No. 8:25-cv-02551-AB (DFMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: August 7, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE